# EXHIBIT A


US00D614986S

| (12) United States Design Patent<br>Shin | (10) Patent No.: **US D614,986 S**<br>(45) Date of Patent: ** **May 4, 2010** |
|---|---|

(54) **MIRRORED LIGHT BAR SET FOR EMERGENCY VEHICLES**

(76) Inventor: David D Shin, 7322 Madison St., Paramount, CA (US) 90723

(**) Term: 14 Years

(21) Appl. No.: 29/341,525

(22) Filed: **Aug. 6, 2009**

(51) LOC (9) Cl. .................................................. 10-05
(52) U.S. Cl. ...................................................... D10/114
(58) Field of Classification Search ................ D10/114; D26/72, 85; 362/540–549
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,814,029 A | 11/1957 | McRea | |
| 3,278,741 A | 10/1966 | Wood | |
| D249,250 S | 9/1978 | Peirisj, Jr. | |
| 4,357,595 A | 11/1982 | Gosswiller | |
| D274,001 S | 5/1984 | Sailers | |
| 4,620,268 A | 10/1986 | Ferenc | |
| 4,937,711 A | 6/1990 | Shuen | |
| 4,956,753 A | 9/1990 | Renfrew | |
| D324,921 S | 3/1992 | Stanuch et al. | |
| D355,142 S | 2/1995 | Wagner | |
| D400,675 S | 11/1998 | Sopko | |
| RE36,245 E * | 7/1999 | Stanuch et al. | 362/480 |
| D419,249 S | 1/2000 | Ford et al. | |
| D442,106 S | 5/2001 | Stein et al. | |
| 6,461,008 B1 | 10/2002 | Pederson | |
| 6,511,216 B2 * | 1/2003 | Strickland | 362/542 |
| 6,590,502 B1 | 7/2003 | Pederson | |
| 6,623,151 B2 | 9/2003 | Pederson | |
| 6,788,217 B2 | 9/2004 | Pederson | |
| 6,789,930 B2 | 9/2004 | Pederson | |
| 6,814,459 B2 | 11/2004 | Pederson | |
| 6,822,578 B2 | 11/2004 | Pederson | |
| 7,033,036 B2 | 4/2006 | Pederson | |
| 7,394,398 B2 | 7/2008 | Pederson | |
| D592,089 S * | 5/2009 | Shin | D10/114 |
| 2008/0080203 A1 * | 4/2008 | Neufeglise | 362/540 |

* cited by examiner

*Primary Examiner*—Caron Veynar
*Assistant Examiner*—George D Kirschbaum
(74) *Attorney, Agent, or Firm*—Kirk A. Buhler; Buhler & Associates

(57) **CLAIM**

The ornamental design for a mirrored light bar set for emergency vehicles, as shown and described.

**DESCRIPTION**

FIG. 1 is a top, left perspective view of a mirrored light bar set for emergency vehicles showing my new design;

FIG. 2 is a front, top right perspective view of the right unit, as seen in FIG. 1, the left unit being a mirror image thereof;

FIG. 3 is a top, left, perspective view of the right unit, as seen in FIG. 1, the left unit being a mirror image thereof;

FIG. 4 is a top view thereof;

FIG. 5 is a bottom view thereof;

FIG. 6 is a front view thereof;

FIG. 7 is a back view thereof;

FIG. 8 is a right side view of the left unit, the right unit having a mirror image view thereof;

FIG. 9 is a left side view of the right unit, the left unit having a mirror image view thereof; and,

FIG. 10 is environmental of the claimed design.

The broken lines in FIGS. 1 and 4–10 depict mounting hardware environmental subject matter and form no part of the claimed design.

The broken lines in FIG. 10 depict environmental subject matter of a vehicle and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





FIG. 1



FIG. 2

FIG. 3

U.S. Patent   May 4, 2010   Sheet 3 of 6   US D614,986 S



FIG. 4

FIG. 5

FIG. 6

FIG. 7



**FIG. 8**



**FIG. 9**



**FIG. 10**

# EXHIBIT B

| FINEST EMERGENCY LIGHTING | PATENT NUMBER | NAME, COLOR, & MODEL |
|---|---|---|
|  | D614,986 | Finest Emergency Lighting Interior Visor Light Bar 2.0<br><br>SKU ILB2<br><br>Color: Blue, Red, Clear, Amber, Amber Clear Blue Red, Red Clear, Blue Amber |